IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:25-cv-00279

| | |
|---|---|
| DEMETRICS MCGILL, individually and as Administrator of the Estate of Sanrico McGill, CORDARIO MCGILL, and DEMONTREZ MOBLEY, <br><br>Plaintiffs, <br><br>v. <br><br>CITY OF CHARLOTTE, BENJAMIN DEVRIES, SEAN WERCHEK, TYMEL CARSON, JAMES FISHER, PATRICK GARDNER, in their individual and official capacities, <br><br>Defendants. | **NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant City of Charlotte (the "City") files this Notice of Removal to remove the above-captioned action from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, Case No. 25CV016080-590 (the "State Court Action"), to the United States District Court for the Western District of North Carolina, Charlotte Division. The removal of this action is proper because of the following reasons:

1. Plaintiffs originally filed the State Court Action in Mecklenburg County, which is within the district of this Court, on March 26, 2025.

2. On March 28, 2025, Plaintiffs served copies of the Summons and Complaint on the City via a designated delivery service addressed to the City Manager.

1. A copy of all process, pleadings, and orders in the State Court Action are attached as **Exhibit A** pursuant to 28 U.S.C. § 1446(a).

3. This removal petition is timely filed within thirty (30) days after Plaintiffs served

Page 1

the City with the Summons and Complaint. *See* 28 U.S.C. § 1446(b).

4. Pursuant to 28 U.S.C. § 1331, this Court has jurisdiction over this action because claims raised in the Complaint arise under the Constitution and laws of the United States. Therefore, this action is suitable for removal under 28 U.S.C. § 1441. Specifically, Plaintiffs assert claims against the Defendants arising under 42 U.S.C. § 1983 for alleged violations of Plaintiffs' rights under the United States Constitution.

5. Plaintiffs also allege state claims connected by the same chain of events from which Plaintiffs' federal claim rises. The state claims are so related to Plaintiffs' § 1983 claims "that [it] form[s] part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a). As such, the Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) over the state law claims brought in this lawsuit.

6. Pursuant to 28 U.S.C. § 1446(d), the City is filing with the Mecklenburg County Clerk of Court its *Notice of Filing of Notice of Removal to Federal Court*, which is attached as **Exhibit B** and has also been served on the parties' counsel of record.

**WHEREFORE,** the City, having shown that the State Court Action is properly removable under federal question jurisdiction, respectfully requests the Court to exercise its jurisdiction over the State Court Action.

**THIS** 25th day of April, 2025

/s/ Isaac Sturgill
Isaac Sturgill, NC Bar No. 44837
Office of the City Attorney
600 East 4th St., 7th Floor, Ste. 747
Charlotte, North Carolina 28210
Phone: 980-417-3057
Email: isaac.sturgill@charlottenc.gov

**Attorney for Defendant City of Charlotte**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 25th, 2025, a copy of the foregoing **Notice of Removal** was filed electronically and served on all counsel of record for the parties via email and United States Mail, first-class postage prepaid, and email as follows:

Nichad Davis (NC Bar No. 56297)
555 S. Magnum St., Ste. 800
Durham, NC 27701
Telephone: (919) 688-4991
Facsimile: (919) 688-4468
Email: ndavis@farrin.com

Lori Keeton (NC Bar No. 25813)
The Law Offices of Lori Keeton
6000 Fairview Rd., Ste. 1200
Charlotte, NC 28210
Telephone: (704) 552-3614
Facsimile: (704) 919-5059
lkeeton@lorikeetonlaw.com

**THIS** 25th day of April, 2025.

/s/ Isaac Sturgill
Isaac Sturgill